UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jason Philip Lowenthal )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Commonwealth of Massachusetts )<br>Elections Division and )<br>William Francis Galvin )<br>Secretary )<br>)<br>Defendant. ) | Civil Action No._____ |

*[Filed stamp: 2014 SEP 15 P 4:02, U.S. DISTRICT COURT, DISTRICT OF MASS., CLERK'S OFFICE]*

**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65 and LCvR 65.1, Plaintiff Jason Philip Lowenthal hereby moves the Court to issue a Temporary Restraining Order and Preliminary Injunction requiring Defendant the Commonwealth of Massachusetts Elections Division and William Francis Galvin Secretary to cease from printing ballots for the upcoming federal election to be held November 4, 2014 until the disposition of Suffolk County Superior Court Civil Docket # SUCV2014_02478 a dispute arising over Defendant's violation of Code of Massachusetts Regulations Title 950, section 55.00

In support of this motion, plaintiff relies upon the attached memorandum of points and authorities.

ORAL ARGUMENT REQUESTED.

Respectfully submitted,

By: /s/ Jason Philip Lowenthal
Jason Philip Lowenthal (pro se)
4 Jeanne Road
Randolph, Massachusetts 02368
(617) 797-5557 (telephone)

Dated: September 15, 2014